UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER VEGA,

    Plaintiff,

v.                                            CASE NO. 3:15cv407/MCR/EMT

JULIE L. JONES, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 21, 2016. ECF No. 25. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation and Plaintiff's objections,[1] I have determined that the Report and Recommendation should be adopted.

---

[1] Plaintiff's objections to the magistrate judge's Report and Recommendation entitled "Amended Notice of Appeal." ECF No. 27.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Second Amended Complaint, ECF No. 24, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 3:15cv407/MCR/EMT